FILED: June 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4747
(3:20-cr-00385-RJC-DCK-3)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AKEEM OLAJUWAN DAVIS

Defendant - Appellant

_____

O R D E R
_____

The court amends its opinion filed June 6, 2024, as follows:

On page 2, line 5, "four and three months" is amended to "four and three years."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk